NUMBER 13-07-028-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


____________________________________________________________


BLANCA ESTELA BEJARANO AND 

ARMANDO BEJARANO, Appellants,


v.



OLIPHANT FINANCIAL CORPORATION, Appellee.

____________________________________________________________


On appeal from County Court at Law No. 1


of Hidalgo County, Texas.


____________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellants, BLANCA ESTELA BEJARANO AND ARMANDO BEJARANO, perfected
an appeal from a judgment entered by County Court at Law No. 1 of Hidalgo County,
Texas, in cause number CL-05-1619-A. No clerk's record has been filed due to appellants'
failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record. 

 If the trial court clerk fails to file the clerk's record because the appellant failed to
pay or make arrangements to pay the clerk's fee for preparing the clerk's record, the
appellate court may dismiss the appeal for want of prosecution unless the appellant was
entitled to proceed without payment of costs. Tex. R. App. P. 37.3(b).

 On February 16, 2007, notice was given to all parties that this appeal was subject
to dismissal pursuant to Tex. R. App. P. 37.3(b). Appellants were given ten days to explain
why the cause should not be dismissed. To date, no response has been received from
appellants. 

 The Court, having examined and fully considered the documents on file, appellants'
failure to pay or make arrangements to pay the clerk's fee for preparing the clerk's record, 
this Court's notice, and appellants' failure to respond, is of the opinion that the appeal
should be dismissed for want of prosecution. The appeal is hereby DISMISSED FOR
WANT OF PROSECUTION.

 PER CURIAM


Memorandum Opinion delivered and filed

this the 24th day of May, 2007.